UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  06-21841-CIV-MARTINEZ-BANDSTRA**

THE FALLS SHOPPING CENTER
ASSOCIATES, LLC, a Foreign Limited
Liability Company,

      Plaintiff,

vs.

HEARTLAND CASH NETWORKS, LLC,
INNOVUS, INC., and LOVE SAVINGS
HOLDING CO.,

      Defendants.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

      THIS MATTER is before the Court upon the parties' Joint Stipulation for Dismissal with

Prejudice **(D.E. No. 20)**, filed on **October 13, 2006**.  It is:

      **ADJUDGED** that this action is DISMISSED with prejudice.  It is also:

      **ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this

case is **CLOSED**.

      DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record